**Kelvin FELTON, Petitioner—Appellant,**

v.

**John MARSHALL and Edmund G. Brown, Jr., Respondents— Appellees.**

No. 10–56687.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Dec. 22, 2011.

Kelvin Felton, Corcoran, CA, pro se.

Kevin Vienna, Supervising Deputy Attorney General, Office of the California Attorney General, San Diego, CA, for Respondents–Appellees.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

MEMORANDUM **

California state prisoner Kevin Felton appeals pro se from the district court's

judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Felton contends that there was insufficient evidence to support his conviction for making a criminal threat. We conclude that the state court's decision rejecting this claim was not contrary to, or an unreasonable application of, clearly established federal law. *See* 28 U.S.C. § 2254(d); *see also Jackson v. Virginia*, 443 U.S. 307, 319, 99 S.Ct. 2781, 61 L.Ed.2d 560 (1979).

We construe Felton's additional arguments as a motion to expand the certificate of appealability. So construed, the motion is denied. *See* 9th Cir. R. 22–1(e); *see also Hiivala v. Wood*, 195 F.3d 1098, 1104– 05 (9th Cir.1999) (per curiam).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. Appellant. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.